# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA FILED

2012 AUG 23   AM 8: 16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN SOTO-MESA,<br><br>Defendant. | CASE NO. 12cr3094-CAB<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/22/12

Jan M. Adler
U.S. Magistrate Judge